IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| ROBERT WHARTON, | : | NO. 22-9001 |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| SUPT. GRATERFORD SCI, | : | |
| Appellee | : | |

# WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of appellee in the above-entitled case.

/s/ Matthew Stiegler
MATTHEW STIEGLER
Supervisor, Federal Litigation
Three South Penn Square
Philadelphia, PA 19107-3499
(215) 686-5747

Date: February 2, 2023

cc:   All Counsel of Record (via ECF)