

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF Attorney General

MICHELLE A. HENRY
ATTORNEY GENERAL

October 5, 2023

Criminal Law Division
Appeals Section
1000 Madison Avenue, Suite 310
Norristown, PA 19403
610-631-6208

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
United States Courthouse
601 Market Street
Philadelphia, PA 19106

    RE:    *Wharton v. Superintendent, Graterford SCI., et al.* - No. 22-9001

Dear Ms. Dodszuweit:

Oral argument in the above-referenced matter is scheduled for Wednesday, October 11, 2023. The Court has granted the Office of Attorney General, the *amicus curiae*, permission to participate in the oral argument.

The Clerk's Office recently advised the Office of Attorney General that the Court intends to provide Wharton's counsel (as Appellant) 30 minutes to argue his case, and counsel for the Philadelphia District Attorney's Office and the Office of Attorney General will be provided a total of 30 minutes, traditionally allotted to appellees, divided 15 minutes for each counsel.

Given the positions taken by each side in this highly unique matter (in which the District Attorney's Office and Wharton are aligned), the Office of Attorney General respectfully requests that the Court reconsider this distribution of argument time. Under the current proposed division of time, the arguments in support of affirmance of the District Court will only be given 15 minutes, compared to the total of 45 minutes allotted to Wharton's counsel and counsel for the District Attorney's

Office, who are both seeking reversal. Accordingly, the Office of Attorney General respectfully requests that it be provided a full 30 minutes, or a length of time the Court deems appropriate that is consistent with that provided to Wharton's counsel, to ensure it has a sufficient opportunity to address the Court's questions. The Office of Attorney General believes this requested allotment of time would be consistent with the division of time utilized in other cases in the same posture as this case.

Respectfully submitted,

*/s/ Cari L. Mahler*
Cari L. Mahler
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
1000 Madison Avenue, Suite 310
Norristown, PA 19403
610.631.6552
cmahler@attorneygeneral.gov
Counsel for Amicus Curiae

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the foregoing on the following persons in the manner indicated below:

BY ELECTRONIC SERVICE THROUGH ECF

STUART LEV
ELIZABETH MCHUGH
Assistant Federal Defenders
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
601 Walnut Street, Suite 545
Philadelphia, PA 19106

PAUL M. GEORGE
Assistant Supervisor, Law Division
NANCY WINKELMAN
Supervisor, Law Division
Office of the Philadelphia District Attorney
3 South Penn Square
Philadelphia, PA 19107

_Cari Mahler_
Cari L. Mahler
Senior Deputy Attorney General

Date: October 5, 2023