# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEFENDER ASSOCIATION OF PHILADELPHIA
FEDERAL COURT DIVISION
**CAPITAL HABEAS UNIT**

**LISA EVANS LEWIS**
Chief Federal Defender

The Curtis - Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
Phone: 215.928.0520
Fax: 215.928.0826

**JENNIFER CHICCARINO**
First Assistant

October 5, 2023

Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Wharton v. Superintendent, Graterford SCI.,* No. 22-9001

Dear Ms. Dodszuweit:

The Office of Attorney General, amicus curie in this appeal, has submitted a letter asking to clarify the division of time allotted for oral argument in this case. Appellant understands the OAG to request that time be allotted as follows:

Appellant, Robert Wharton, 30 minutes
Appellee, Philadelphia District Attorney Office. 15 minutes
Amicus, OAG, 30 minutes

Given the circumstances in this case, Appellant has no objection to the OAG request.

Respectfully submitted,

s/Stuart Lev
STUART LEV
ELIZABETH MCHUGH
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA  19106
(215) 928-0520
Stuart_lev@fd.org

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I, Stuart Lev, hereby certify that on this date I served a copy of the foregoing on

the following person in the manner indicated below:

BY ELECTRONIC SERVICE THROUGH ECF

Paul George, Esq.
Office of the Philadelphia District Attorney
3 South Penn Square
Philadelphia, PA 19107

Cari Mahler, Esq.
Office of Attorney General
Criminal Law Division
Appeals and Legal Services Section
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Stuart Lev
Stuart Lev

Datad:  October 5, 2023