UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-9001

Robert Wharton,
Appellant

v.

Superintendent Graterford SCI

(E.D. Pa. No. 2-01-cv-06049)

Present: HARDIMAN, BIBAS and PHIPPS, Circuit Judges

    Amicus Curiae Attorney General of Pennsylvania's Motion to request additional argument time.

                                          Respectfully,
                                          Clerk/AR

_____ORDER_____
The foregoing Motion is GRANTED as follows: Appellant Robert Wharton shall be allotted 30 minutes of argument; Appellee Superintendent Graterford SCI shall be allotted 15 minutes of argument; and Amicus Curiae Attorney General of Pennsylvania shall be allotted 30 minutes of argument.

                                          By the Court,

                                          s/ *Thomas M. Hardiman*
                                          Circuit Judge

Dated: 10/06/23
AR/cc: All Counsel of Record