# THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

| | | |
|---|---|---|
| ROBERT WHARTON, | : | |
| | : | |
| Appellant, | : | No. 22-9001 |
| | : | |
| v. | : | **CAPITAL CASE** |
| | : | |
| SUPERINTENDENT GRATERFORD SCI, et al., | : | |
| | : | |
| Appellees. | : | |

_____

## STATUS REPORT REGARDING *THORNELL v. JONES*, NO. 22-982 (DECIDED MAY 30, 2024)

On May 2, 2024, this Court issued an order granting Appellant's motion to allow him to file a rehearing petition within thirty days of the United States Supreme Court decision in *Thornell v. Jones* (No. 22-982). Appellant now writes to inform this Court that *Thornell* was decided by the Supreme Court on May 30, 2024.

                              Respectfully submitted,

                              /s/ Stuart Lev
                              STUART LEV
                              Senior Litigator
                              Federal Community Defender Office
                              for the Eastern District of Pennsylvania
                              601 Walnut St., Suite 545W
                              Philadelphia, Pennsylvania 19106
                              (215) 928-0520
                              Counsel for Appellant, Robert Wharton

Dated:   May 31, 2024

# CERTIFICATE OF SERVICE

I, Stuart Lev, hereby certify that on this 31st day of May 2024, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system by the following:

Paul George, Esq
Office of the Philadelphia District Attorney
3 South Penn Square
Philadelphia, PA 19107

Cari Mahler, Esquire
Office of Attorney General
16th floor, Strawberry Square
Harrisburg, PA 17120

/s/ Stuart Lev
STUART LEV